**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                        Civil Action No. 1:14-cv-01182-CMH-JFA

KEN YANG,

    Defendant,
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF KEN YANG**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Ken Yang ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Ken Yang was assigned the IP address 96.255.72.239. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Ken Yang has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: January 28, 2015

                                        Respectfully submitted,

                                        By:    /s/ *William E. Tabot*
                                        William E. Tabot PC
                                        9248 Mosby Street
                                        Manassas, VA 20110-5038
                                        Phone: 703-530-7075
                                        Email: wetabotesq@wetlawfirm.com
                                        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 28, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                        By: /s/ *William E. Tabot*
                                                        William E. Tabot